# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## COLUMBUS DIVISION

UNITED STATES OF AMERICA,

VS.

BRIAN K. BLANKENSHIP

Defendant

NO. 4:15-mj-123 (MSH)

# WARRANT FOR ARREST

To: Gabe Coulter, FBI, MIDDLE DISTRICT OF GEORGIA
AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest Brian K. Blankenship and bring him/her FORTHWITH before the nearest available judicial officer to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court

☐ Violation Notice  ☐ Probation Violation Petition

charging him/her with:

transmitting in interstate or foreign commerce a threat to injure another, in violation of Title 18, United States Code, Section(s) 875(c).

Dated at Columbus, Georgia, this 9th day of October, 2015.

CLAY D. LAND
UNITED STATES DISTRICT JUDGE

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

FBI OFFICE, COLUMBUS, GA.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/9/15 | P. GABE COULTER | (signature) |
| DATE OF ARREST 10/8/15 | SPECIAL AGENT, FBI | |