UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| UNITED STATES OF AMERICA | : | CRIMINAL NO: 4:15-CR-_50_-CDL |
|---|---|---|
| v. | : | VIOLATION: |
|  | : | 18 U.S.C. § 875(c) |
| BRIAN K. BLANKENSHIP, | : |  |
| Defendant. | : | INDICTMENT |

THE GRAND JURY CHARGES:

### COUNT ONE
(Threats in Interstate Communications)

That on or about August 20, 2015, in the Columbus Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court,

**BRIAN K. BLANKENSHIP,**

defendant herein, did knowingly and willfully transmit in interstate and foreign commerce from the state of Georgia to the state of California a communication containing a threat to injure the person of another, to wit: the defendant threatened to kill "C.M.," a person whose identity is known to the Grand Jury; all in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL.

/s/ _____
FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

Presented by:

_[signature]_____
MELVIN E. HYDE, JR.
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this _14th_ day of _October_, AD 2015.

_[signature]_____
Deputy Clerk